United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SHAVERS,<br><br>    Plaintiff,<br><br>  v.<br><br>OAKLAND POLICE OFFICER MICHAEL MURPHY,<br><br>    Defendant.<br>_____/ | No. C16-5421 CRB<br><br>**ORDER OF SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED** |

    Northern District of California Civil Local Rule 3-12(c) provides: "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related."

    In the course of reviewing Plaintiff Cynthia Shavers' Application to Proceed In Forma Pauperis ("IFP Application") and Complaint, it came to the Court's attention that this action might be related to an earlier-filed case, <u>Shavers v. Seven Unknown Named Officers of the United States Marshals' Office</u>, No. 16-cv-957 DMR. Both cases allege that Plaintiff's Fourth Amendment rights were violated in connection with having been taken into custody on March 24, 2015, and having her bail set at $80,000. <u>Compare</u> Compl. (dkt. 1) <u>and</u> Compl. (dkt. 1) in Case No. 16-cv-957 DMR.

    Plaintiff voluntarily dismissed the earlier case, <u>see</u> Notice of Voluntary Dismissal

(dkt. 23) in Case No. 16-cv-957 DMR, and, on the same day, filed this case, see Compl. Although Plaintiff did indicate on her IFP Application that the Complaint raised claims that have been presented in other lawsuits, see IFP Application at 4, Plaintiff failed to file an Administrative Motion to Consider Whether Cases Should be Related, as required under the local rules. See Civil L.R. 3-12; see also Civil Local Rule 3-3(c) ("If any civil action or claim of a civil action is dismissed and is subsequently refiled, the refiling party must file a Motion to Consider Whether Cases Should be Related pursuant to Civil L.R. 3-12.").

Accordingly, pursuant to Rule 3-12(c), the Court REFERS this action to the Honorable Judge Donna M. Ryu for a determination of whether this action is related to Shavers v. Seven Unknown Named Officers of the United States Marshals' Office, No. 16-cv-957 DMR.

**IT IS SO ORDERED.**

Dated: October 4, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE