UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SHAVERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL MURPHY,<br><br>　　　　Defendant. | Case No. 16-cv-05421-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant filed a motion to dismiss Plaintiff's Fourth Amended Complaint on September 27, 2017. Currently, the motion is set for a court hearing on November 9, 2017. Plaintiff Cynthia Shavers is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by October 11, 2017. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

<u>The court ORDERS Plaintiff to respond by **November 8, 2017** and explain her failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit her opposition to the court or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by November 8, 2017, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than November 15, 2017.

The November 9, 2017 hearing on Defendant's Motion to Dismiss is VACATED. The court will reschedule a hearing if appropriate.

**IT IS SO ORDERED.**

Dated: October 25, 2017



Donna M. Ryu
United States Magistrate Judge