UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SHAVERS,<br>  Plaintiff,<br>v.<br>MICHAEL MURPHY,<br>  Defendant. | Case No. 16-cv-05421-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant Michael Murphy ("Defendant") filed a Motion to Dismiss Plaintiff Cynthia Shavers ("Ms. Shavers") Fifth Amended Complaint. [Docket No. 50]. Ms. Shavers is pursuing this action without legal representation. According to the local court rules, Ms. Shavers should have filed any brief in opposition to Defendant's motion by February 20, 2018. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

This is now the third time Ms. Shavers has failed to file a timely opposition to a pending motion. Ms. Shavers failed to file a timely opposition to Defendant's Motion to Dismiss the Third Amended Complaint. Accordingly, on July 24, 2017, the court ordered her to show cause in writing explaining her failure to file a timely opposition. *See* Order to Show Cause No. 1 [Docket No. 31]. Ms. Shavers again failed to file a timely opposition, at that time to Defendant's Motion to Dismiss the Fourth Amended Complaint. On October 25, 2017, the court ordered her again to show cause explaining her failure to file a timely opposition. *See* Order to Show Cause No. 2 [Docket No. 41].

In light of the above, the court ORDERS Ms. Shavers to respond by **March 1, 2018** and explain her failure to respond to the motion. In addition, Ms. Shavers must simultaneously (1) submit her opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Ms. Shavers's late

submission. If Ms. Shavers does not respond by March 1, 2018, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 22, 2018



_____
Donna M. Ryu
United States Magistrate Judge