UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SHAVERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL MURPHY,<br><br>　　　　Defendant. | Case No. 16-cv-05421-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 55 |

On February 22, 2018, the court issued an Order to Show Cause, instructing Plaintiff Cynthia Shavers ("Ms. Shavers") to submit a written statement by no later than March 1, 2018 explaining her failure to respond to Defendant's Motion to Dismiss the Fifth Amended Complaint. [Docket No. 55.] The Order to Show Cause stated that failure to respond by March 1, 2018 may result in dismissal of this action. Ms. Shavers did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 14, 2018



_____
Donna M. Ryu
United States Magistrate Judge