UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SHAVERS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL MURPHY,<br><br>    Defendant. | Case No. 16-cv-05421-DMR<br><br>**ORDER RE PLAINTIFF'S LATE-FILED RESPONSE TO THE ORDER TO SHOW CAUSE AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 58, 59 |

On February 22, 2018, the court issued an order to show cause ("OSC"), instructing Plaintiff Cynthia Shavers to submit a written statement by no later than March 1, 2018 explaining her failure to respond to Defendant Michael Murphy's ("Murphy") Motion to Dismiss the Fifth Amended Complaint. [Docket No. 55]. The court warned Ms. Shavers that if she failed to respond by March 1, 2018, her case could be dismissed for failure to prosecute. [*Id.*] Ms. Shavers did not respond to the OSC. Accordingly, the court dismissed this case without prejudice for failure to prosecute on March 14, 2018. [Docket No. 57]. On March 21, 2018, Ms. Shavers filed a response to the OSC and an opposition to the motion to dismiss. [Docket Nos. 58, 59].

The court already dismissed Ms. Shavers's case after she was 2 weeks late in responding to the OSC. [Docket No. 57]. Her late filing was the last of several late filings. *See* [Docket Nos. 31, 41, 55. Ms. Shavers was given multiple opportunities to amend the complaint, *see, e.g.,* Docket No. 48 (Fifth Amended Complaint), but was unable to adequately state a claim. The court therefore will not consider her March 21, 2018 filings. The case remains closed.

**IT IS SO ORDERED.**

Dated: May 14, 2018



Donna M. Ryu
United States Magistrate Judge